#### UNITED STATES DISTRICT COURT
#### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

LUIS A. ROSADO PADILLA,

    Plaintiff,

v.                                               Case No:   6:23-cv-2067-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant

---

#### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   PARTIES' MOTION FOR REMAND   (Doc. No. 22)**
>
> **FILED:   March 14, 2024**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The parties have filed a joint motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. No. 22.  Upon review, however, the motion provides no explanation for the basis for remand, besides a one-sentence statement that "the case will be assigned to an administrative law judge who will hold a

hearing and issue a new decision." *Id.* Accordingly, the motion (Doc. No. 22) is **DENIED without prejudice**. A renewed motion must include an explanation regarding the basis for remand.

**DONE** and **ORDERED** in Orlando, Florida on March 15, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties