UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS A. ROSADO PADILLA,

    Plaintiff,

v.                                                     Case No. 6:23-cv-2067-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Before the Court is the parties' joint motion to remand. (Doc. 24 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 25 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 25) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     The Motion (Doc. 24) is **GRANTED.**

3.     The final decision of the Commissioner is **REVERSED AND**

> **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), for reconsideration of whether Plaintiff's use of a cane was medically necessary, and for an Administrative Law Judge to hold a hearing and issue a new decision.

4. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against the Commissioner, terminate all other pending motions as moot, and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 2, 2024.



ROY B. DALTON, JR.
United States District Judge