# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LUIS A. ROSADO PADILLA,

        Plaintiff,

v.                                  Case No:   6:23-cv-2067-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 29)**
>
> **FILED:**     July 3, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff moves for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Doc. No. 29. According to the Local Rule 3.01(g) certification, Plaintiff attempted to confer with the Commissioner, but did

not receive a response.  *Id.* at 21.  However, Plaintiff has not supplemented the motion pursuant to Local Rule 3.01(g)(3).  *See* Local Rule 3.01(g)(3) (providing that if the opposing party is unavailable for a conference prior to filing a motion, the movant must diligently attempt contact for three days, and upon contact or expiration of the three-day period, the movant must file a supplement to the motion, and that failure to supplement can result in the denial of a motion without prejudice).  Accordingly, the above-styled motion (Doc. No. 29) is **DENIED without prejudice**.  Plaintiff may file a renewed motion within **seven (7) days** of the date of this Order, in full compliance with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties